UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 06-182M |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| DENNIS E. BURNS, | ) | |
| Defendant. | ) | |

<u>Offense charged</u>:

　　　Escape

<u>Date of Detention Hearing</u>:　Initial Appearance July 24, 2006

　　　The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

　　　<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

　　　(1)　Defendant is charged by Complaint with Escaping from custody at a halfway house.

DETENTION ORDER　　　　　　　　　　　　　　　　　　　　　　　　　15.13
18 U.S.C. § 3142(i)　　　　　　　　　　　　　　　　　　　　　　　　　Rev. 1/91
PAGE 1

He is alleged to have failed to return to that facility, where he was residing on a post-release basis upon serving a 72 month sentence for Bank Robbery.

(2) Defendant's criminal record includes a past conviction for escape, as well as a prior failure to appear.

(3) Defendant does not contest detention.

(4) Defendant poses a risk of nonappearance due to the nature of the instant offense, his prior conviction for escape, and unknown background and ties to this district. He poses a risk of danger due to his criminal history and the nature of the instant offense.

(5) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

01  (4)  The clerk shall direct copies of this Order to counsel for the United States, to

02       counsel for the defendant, to the United States Marshal, and to the United States

03       Pretrial Services Officer.

04  DATED this 24th day of July, 2006.

05

06                                          _____
                                            Mary Alice Theiler
07                                          United States Magistrate Judge

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER                                                             15.13
18 U.S.C. § 3142(i)                                                     Rev. 1/91
PAGE 3